HARRY J. STYLES, Respondent, v. WILLIAM J. STYLES, SR., and Others, Appel-

lants.— Motion for reargument denied. The order of this court entered May 1, 1931, is resettled so as to provide that the judgment be modified by directing that the deed to be delivered pursuant thereto shall convey title in fee simple, with covenants against grantor's acts, and that the judgment as so modified is unanimously affirmed, with costs to respondent. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.